# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DAVID FITZGERALD WATERS,** | ) | |
|     Petitioner, | ) | Civil Action No. 7:11cv00558 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **CHRISTOPHER ZYCH,** | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Waters' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER**: This 30th day of November, 2011.

                                            _/s/ Norman K. Moon_
                                            NORMAN K. MOON
                                            UNITED STATES DISTRICT JUDGE