**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **DAVID FITZGERALD WATERS,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:11cv00558** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **CHRISTOPHER ZYCH,** | ) | **By: Norman K. Moon** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Waters' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER**: This 30th day of November, 2011.

Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE